142-15

# ELECTRONIC RECORD

COA # 01-14-00031-CR       OFFENSE: 1 (Poss Cont Substance)

STYLE: Joshua J. Holloway v. The State of Texas       COUNTY: Harris

COA DISPOSITION:     AFFIRM       TRIAL COURT: 182nd District Court

DATE: 01/29/2015       Publish: NO   TC CASE #: 1366751

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Joshua J. Holloway v. The State of Texas       CCA #: 142-15

_____APPELLANT'S___ Petition       CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE: _____

_____REFUSED_____       JUDGE: _____

DATE: 03/18/2015       SIGNED: _____       PC: _____

JUDGE: Per Curiam       PUBLISH: _____       DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD